DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC WATKINS,**
Appellant,

v.

**ARNOLD S. ZAGER, M.D., P.A.,**
Appellee.

No. 4D20-2768

[November 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 19-25840.

Eric Watkins, Sunrise, pro se.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***